**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL LOPEZ, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>   v.<br><br>TAILORED BRANDS, INC.,<br><br>                              Defendant. | Case No. 2:22-cv-02073-JMA-ST<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Lopez hereby dismisses all claims against Defendant Tailored Brands, Inc. without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: May 11, 2022

Case closed.
SO ORDERED.
/s/ JMA, USDJ
5/12/2022

Respectfully submitted,

By: */s/ Yitzchak Kopel*
     Yitzchak Kopel

**BURSOR & FISHER, P.A**
Yitzchak Kopel
Alec M. Leslie
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
            aleslie@bursor.com

*Counsel for Plaintiff*

1